IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANCIS TEMPLIN | : | CIVIL ACTION |
| :--- | :--- | :--- |
| v. | : | No. 19-1021 |
| ERIC J. WEAKNECHT, *SHERIFF OF BERKS COUNTY,* et al. | : | |
| FRANCIS TEMPLIN | : | CIVIL ACTION |
| v. | : | No. 19-1969 |
| ERIC J. WEAKNECHT, et al. | : | |

## ORDER

AND NOW, this 2nd day of March, 2020, upon consideration of Defendant Eric. J. Weaknecht's Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6), and Plaintiff Francis Templin's opposition thereto, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 16) is GRANTED. The claims against Sheriff Weaknecht are DISMISSED with prejudice for failure to state claim.

It is further ORDERED:

1. The remaining claims asserted against Defendants Paul Trainor, Esq., John C. Flagler, and "John or Jane Doe" are DISMISSED with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. Templin's Motion to Appoint Counsel (Document 9) is DENIED as moot.

The Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.